UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



United States of America,

        Plaintiff,        Criminal No. 22-cr-20596

v.

        Honorable David M. Lawson

Karamoh Turner,

        Defendant.

_____/

### Defendant's Acknowledgment of Indictment

I, Karamoh Turner, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Wire Fraud:** Up to 20 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

**Count Two: Aggravated Identity Theft:** Mandatory and consecutive 2 years imprisonment; not more than 1 year of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

_____
Karamoh Turner
Defendant

Date: November 22, 2022

### Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____ P35842
Robert F. Kinney, III

Dated: November 22, 2022

Counsel for Defendant

2